**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN GRACIK, on behalf of himself and others similarly situated,

Plaintiff,

v. Case No: 8:09-cv-1935-T23-EAJ

SEVEN-ONE-SEVEN PARKING SERVICES, INC. and SEVEN-ONE-SEVEN PARKING MANAGEMENT SERVICES, INC.,

Defendants.
_______________________________________/

**CLAIMANT'S NOTICE OF FILING CONSENTS TO JOIN COLLECTIVE ACTION**

PLEASE TAKE NOTICE that Plaintiff, JOHN GRACIK, by and through his undersigned counsel, hereby files the executed Consents to Join Collective Action of the following individuals, pursuant to 29 U.S.C. § 216(b) of the Fair Labor Standards Act:

1. Bryan E. Rice;
2. Richard F. DeLeon, III;
3. Austin Hicks;
4. Sheila D. Parker;
5. Thomas Jones;
6. Larry W. Pelton;
7. Howard Coggin;
8. Clayton Colson;
9. Ruth Colson;

10. Konstantinos J. Dedes;
11. Justin Maravich;
12. Edward Sherotski;
13. Robby DeLeon;
14. Bryan J. Machado;
15. Christopher J. Colombaro;
16. Andrew Caddell; and
17. Daran Hightower.

Respectfully submitted this 20th day of October, 2009.

SHANKMAN, LEONE & WESTERMAN, P.A.

/s/ Matthew D. Westerman
Matthew D. Westerman
Florida Bar No. 0175404
mwesterman@slw-law.com
609 E. Jackson Street, Suite 100
Tampa, Florida 33602
Phone: (813) 223-1099; Fax: (813) 223-1055
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 20, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Dennis M. McClelland, Esq. and Erin L. Malone, Esq., PHELPS DUNBAR, LLP, 100 South Ashley Drive, Suite 1900, Tampa, Florida 33602-5311.

/s/ Matthew D. Westerman
Attorney

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN GRACIK, on behalf of himself and others similarly situated,

Plaintiff,

v. Case No: 8:09-cv-1935-T23-EAJ

SEVEN-ONE-SEVEN PARKING SERVICES, INC. and SEVEN-ONE-SEVEN PARKING MANAGEMENT SERVICES, INC.,

Defendants.

_______________________________/

**CONSENT TO JOIN COLLECTIVE ACTION**

1. I, Bryan E. Rice, consent and agree to pursue my claims for unpaid minimum wages against SEVEN-ONE-SEVEN PARKING SERVICES, INC. and SEVEN-ONE-SEVEN PARKING MANAGEMENT SERVICES, INC. ("Seven One Seven") in connection with the above-referenced lawsuit.

2. I was employed by Seven One Seven from on or about 11-05 (month, year) to on or about ________ (month, year).

3. During the above time period, I was not paid at least the federal or state minimum wage for all hours I worked for Seven One Seven.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, *et. seq.*, and I hereby consent, agree and opt-in to become a plaintiff in this lawsuit and be bound to any judgment or any settlement of this action.

5. I hereby designate Shankman, Leone & Westerman, P.A. to represent me for all purposes in this action.

6. I also designate the above-named Plaintiff as my agent to make decisions on my behalf concerning the lawsuit, including the method and manner of conducting this lawsuit, entering into settlement agreements, entering into agreements with Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) [signature] (Date Signed) 9-16-09

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN GRACIK, on behalf of himself and others similarly situated,

Plaintiff,

v. Case No: 8:09-cv-1935-T23-EAJ

SEVEN-ONE-SEVEN PARKING SERVICES, INC. and SEVEN-ONE-SEVEN PARKING MANAGEMENT SERVICES, INC.,

Defendants.

______________________________/

**CONSENT TO JOIN COLLECTIVE ACTION**

1. I, Richard F. Deleon III, consent and agree to pursue my claims for unpaid minimum wages against SEVEN-ONE-SEVEN PARKING SERVICES, INC. and SEVEN-ONE-SEVEN PARKING MANAGEMENT SERVICES, INC. ("Seven One Seven") in connection with the above-referenced lawsuit.

2. I was employed by Seven One Seven from on or about 7 / 2008 (month, year) to on or about ______ (month, year).

3. During the above time period, I was not paid at least the federal or state minimum wage for all hours I worked for Seven One Seven.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, *et. seq.*, and I hereby consent, agree and opt-in to become a plaintiff in this lawsuit and be bound to any judgment or any settlement of this action.

5. I hereby designate Shankman, Leone & Westerman, P.A. to represent me for all purposes in this action.

6. I also designate the above-named Plaintiff as my agent to make decisions on my behalf concerning the lawsuit, including the method and manner of conducting this lawsuit, entering into settlement agreements, entering into agreements with Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) Richard DeLeon (Date Signed) 9/16/09

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN GRACIK, on behalf of himself and others similarly situated,

Plaintiff,

v. Case No: 8:09-cv-1935-T23-EAJ

SEVEN-ONE-SEVEN PARKING SERVICES, INC. and SEVEN-ONE-SEVEN PARKING MANAGEMENT SERVICES, INC.,

Defendants.

_______________________________/

**CONSENT TO JOIN COLLECTIVE ACTION**

1. I, Austin Hicks, consent and agree to pursue my claims for unpaid minimum wages against SEVEN-ONE-SEVEN PARKING SERVICES, INC. and SEVEN-ONE-SEVEN PARKING MANAGEMENT SERVICES, INC. ("Seven One Seven") in connection with the above-referenced lawsuit.

2. I was employed by Seven One Seven from on or about June 2008 (month, year) to on or about — (month, year).

3. During the above time period, I was not paid at least the federal or state minimum wage for all hours I worked for Seven One Seven.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, *et. seq.*, and I hereby consent, agree and opt-in to become a plaintiff in this lawsuit and be bound to any judgment or any settlement of this action.

5. I hereby designate Shankman, Leone & Westerman, P.A. to represent me for all purposes in this action.

6. I also designate the above-named Plaintiff as my agent to make decisions on my behalf concerning the lawsuit, including the method and manner of conducting this lawsuit, entering into settlement agreements, entering into agreements with Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) Austin Hicks (Date Signed) 9/16/09

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN GRACIK, on behalf of himself and others similarly situated,

Plaintiff,

v. Case No: 8:09-cv-1935-T23-EAJ

SEVEN-ONE-SEVEN PARKING SERVICES, INC. and SEVEN-ONE-SEVEN PARKING MANAGEMENT SERVICES, INC.,

Defendants.

_______________________________/

**CONSENT TO JOIN COLLECTIVE ACTION**

1. I, Sheila D. Parker, consent and agree to pursue my claims for unpaid minimum wages against SEVEN-ONE-SEVEN PARKING SERVICES, INC. and SEVEN-ONE-SEVEN PARKING MANAGEMENT SERVICES, INC. ("Seven One Seven") in connection with the above-referenced lawsuit.

2. I was employed by Seven One Seven from on or about MAY 2008 (month, year) to on or about still employeed (month, year).

3. During the above time period, I was not paid at least the federal or state minimum wage for all hours I worked for Seven One Seven.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, *et. seq.*, and I hereby consent, agree and opt-in to become a plaintiff in this lawsuit and be bound to any judgment or any settlement of this action.

5. I hereby designate Shankman, Leone & Westerman, P.A. to represent me for all purposes in this action.

6. I also designate the above-named Plaintiff as my agent to make decisions on my behalf concerning the lawsuit, including the method and manner of conducting this lawsuit, entering into settlement agreements, entering into agreements with Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) [signature] (Date Signed) 9/17/09

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN GRACIK, on behalf of himself and others similarly situated,

Plaintiff,

v. Case No: 8:09-cv-1935-T23-EAJ

SEVEN-ONE-SEVEN PARKING SERVICES, INC. and SEVEN-ONE-SEVEN PARKING MANAGEMENT SERVICES, INC.,

Defendants.

______________________________/

**CONSENT TO JOIN COLLECTIVE ACTION**

1. I, Thomas Jones, consent and agree to pursue my claims for unpaid minimum wages against SEVEN-ONE-SEVEN PARKING SERVICES, INC. and SEVEN-ONE-SEVEN PARKING MANAGEMENT SERVICES, INC. ("Seven One Seven") in connection with the above-referenced lawsuit.

2. I was employed by Seven One Seven from on or about Dec. 2007 (month, year) to on or about Dec. 2008 (month, year).

3. During the above time period, I was not paid at least the federal or state minimum wage for all hours I worked for Seven One Seven.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, *et. seq.*, and I hereby consent, agree and opt-in to become a plaintiff in this lawsuit and be bound to any judgment or any settlement of this action.

5. I hereby designate Shankman, Leone & Westerman, P.A. to represent me for all purposes in this action.

6. I also designate the above-named Plaintiff as my agent to make decisions on my behalf concerning the lawsuit, including the method and manner of conducting this lawsuit, entering into settlement agreements, entering into agreements with Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) [signature] (Date Signed) Sep. 16, 2009

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN GRACIK, on behalf of himself and others similarly situated,

Plaintiff,

v.

Case No: 8:09-cv-1935-T23-EAJ

SEVEN-ONE-SEVEN PARKING SERVICES, INC. and SEVEN-ONE-SEVEN PARKING MANAGEMENT SERVICES, INC.,

Defendants.

_______________________________________/

**CONSENT TO JOIN COLLECTIVE ACTION**

1. I, LARRY W. PELTON, consent and agree to pursue my claims for unpaid minimum wages against SEVEN-ONE-SEVEN PARKING SERVICES, INC. and SEVEN-ONE-SEVEN PARKING MANAGEMENT SERVICES, INC. ("Seven One Seven") in connection with the above-referenced lawsuit.

2. I was employed by Seven One Seven from on or about OCT. 2008 (month, year) to on or about PRESENT (month, year).

3. During the above time period, I was not paid at least the federal or state minimum wage for all hours I worked for Seven One Seven.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, *et. seq.*, and I hereby consent, agree and opt-in to become a plaintiff in this lawsuit and be bound to any judgment or any settlement of this action.

5. I hereby designate Shankman, Leone & Westerman, P.A. to represent me for all purposes in this action.

6. I also designate the above-named Plaintiff as my agent to make decisions on my behalf concerning the lawsuit, including the method and manner of conducting this lawsuit, entering into settlement agreements, entering into agreements with Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) Larry W. Pelton (Date Signed) 9/16/09

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN GRACIK, on behalf of himself and others similarly situated,

Plaintiff,

v.

Case No: 8 09-cv-1935-T23-EAJ

SEVEN-ONE-SEVEN PARKING SERVICES, INC. and SEVEN-ONE-SEVEN PARKING MANAGEMENT SERVICES, INC.,

Defendants.

_______________________________________/

**CONSENT TO JOIN COLLECTIVE ACTION**

1. I, Howard Coggin, consent and agree to pursue my claims for unpaid minimum wages against SEVEN-ONE-SEVEN PARKING SERVICES, INC. and SEVEN-ONE-SEVEN PARKING MANAGEMENT SERVICES, INC. ("Seven One Seven") in connection with the above-referenced lawsuit.

2. I was employed by Seven One Seven from on or about 7/06 (month, year) to on or about 6/09 (month, year).

3. During the above time period, I was not paid at least the federal or state minimum wage for all hours I worked for Seven One Seven.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, *et. seq.*, and I hereby consent, agree and opt-in to become a plaintiff in this lawsuit and be bound to any judgment or any settlement of this action.

5. I hereby designate Shankman, Leone & Westerman, P.A. to represent me for all purposes in this action.

6. I also designate the above-named Plaintiff as my agent to make decisions on my behalf concerning the lawsuit, including the method and manner of conducting this lawsuit, entering into settlement agreements, entering into agreements with Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) Howard O. Coggin (Date Signed) 9/16/09

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN GRACIK, on behalf of himself and others similarly situated,

Plaintiff,

v. Case No: 8:09-cv-1935-T23-EAJ

SEVEN-ONE-SEVEN PARKING SERVICES, INC. and SEVEN-ONE-SEVEN PARKING MANAGEMENT SERVICES, INC.,

Defendants.

______________________________/

**CONSENT TO JOIN COLLECTIVE ACTION**

1. I, Clayton Colson, consent and agree to pursue my claims for unpaid minimum wages against SEVEN-ONE-SEVEN PARKING SERVICES, INC. and SEVEN-ONE-SEVEN PARKING MANAGEMENT SERVICES, INC. ("Seven One Seven") in connection with the above-referenced lawsuit.

2. I was employed by Seven One Seven from on or about December 2008 (month, year) to on or about September 2009 (month, year).

3. During the above time period, I was not paid at least the federal or state minimum wage for all hours I worked for Seven One Seven.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, *et. seq.*, and I hereby consent, agree and opt-in to become a plaintiff in this lawsuit and be bound to any judgment or any settlement of this action.

5. I hereby designate Shankman, Leone & Westerman, P.A. to represent me for all purposes in this action.

6. I also designate the above-named Plaintiff as my agent to make decisions on my behalf concerning the lawsuit, including the method and manner of conducting this lawsuit, entering into settlement agreements, entering into agreements with Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) [signature] (Date Signed) 9/16/09

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN GRACIK, on behalf of himself and others similarly situated,

Plaintiff,

v.

Case No: 8:09-cv-1935-T23-EAJ

SEVEN-ONE-SEVEN PARKING SERVICES, INC. and SEVEN-ONE-SEVEN PARKING MANAGEMENT SERVICES, INC.,

Defendants.

______________________________/

**CONSENT TO JOIN COLLECTIVE ACTION**

1. I, Ruth Colson, consent and agree to pursue my claims for unpaid minimum wages against SEVEN-ONE-SEVEN PARKING SERVICES, INC. and SEVEN-ONE-SEVEN PARKING MANAGEMENT SERVICES, INC. ("Seven One Seven") in connection with the above-referenced lawsuit.

2. I was employed by Seven One Seven from on or about April 13, 2009 (month, year) to on or about present (month, year).

3. During the above time period, I was not paid at least the federal or state minimum wage for all hours I worked for Seven One Seven.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, *et. seq.*, and I hereby consent, agree and opt-in to become a plaintiff in this lawsuit and be bound to any judgment or any settlement of this action.

5. I hereby designate Shankman, Leone & Westerman, P.A. to represent me for all purposes in this action.

6. I also designate the above-named Plaintiff as my agent to make decisions on my behalf concerning the lawsuit, including the method and manner of conducting this lawsuit, entering into settlement agreements, entering into agreements with Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) Ruth Colson (Date Signed) 9/16/09

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN GRACIK, on behalf of himself and others similarly situated,

Plaintiff,

v. Case No: 8:09-cv-1935-T23-EAJ

SEVEN-ONE-SEVEN PARKING SERVICES, INC. and SEVEN-ONE-SEVEN PARKING MANAGEMENT SERVICES, INC.,

Defendants.

_______________________________/

**CONSENT TO JOIN COLLECTIVE ACTION**

1. I, KONSTANTINOS J. DEDE, consent and agree to pursue my claims for unpaid minimum wages against SEVEN-ONE-SEVEN PARKING SERVICES, INC. and SEVEN-ONE-SEVEN PARKING MANAGEMENT SERVICES, INC. ("Seven One Seven") in connection with the above-referenced lawsuit.

2. I was employed by Seven One Seven from on or about 9-16-09 (month, year) to on or about — (month, year).

3. During the above time period, I was not paid at least the federal or state minimum wage for all hours I worked for Seven One Seven.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, *et. seq.*, and I hereby consent, agree and opt-in to become a plaintiff in this lawsuit and be bound to any judgment or any settlement of this action.

5. I hereby designate Shankman, Leone & Westerman, P.A. to represent me for all purposes in this action.

6. I also designate the above-named Plaintiff as my agent to make decisions on my behalf concerning the lawsuit, including the method and manner of conducting this lawsuit, entering into settlement agreements, entering into agreements with Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) [signature] (Date Signed) 9-16-09

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN GRACIK, on behalf of himself and others similarly situated,

Plaintiff,

v. Case No: 8:09-cv-1935-T23-EAJ

SEVEN-ONE-SEVEN PARKING SERVICES, INC. and SEVEN-ONE-SEVEN PARKING MANAGEMENT SERVICES, INC.,

Defendants.

_______________________________/

**CONSENT TO JOIN COLLECTIVE ACTION**

1. I, Justin Maravich, consent and agree to pursue my claims for unpaid minimum wages against SEVEN-ONE-SEVEN PARKING SERVICES, INC. and SEVEN-ONE-SEVEN PARKING MANAGEMENT SERVICES, INC. ("Seven One Seven") in connection with the above-referenced lawsuit.

2. I was employed by Seven One Seven from on or about Sept. 21, 2008 (month, year) to on or about — (month, year).

3. During the above time period, I was not paid at least the federal or state minimum wage for all hours I worked for Seven One Seven.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, *et. seq.*, and I hereby consent, agree and opt-in to become a plaintiff in this lawsuit and be bound to any judgment or any settlement of this action.

5. I hereby designate Shankman, Leone & Westerman, P.A. to represent me for all purposes in this action.

6. I also designate the above-named Plaintiff as my agent to make decisions on my behalf concerning the lawsuit, including the method and manner of conducting this lawsuit, entering into settlement agreements, entering into agreements with Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) [signature] (Date Signed) 9-16-09

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN GRACIK, on behalf of himself and others similarly situated,

Plaintiff,

v. Case No: 8:09-CV-1935-T23-EAJ

SEVEN-ONE-SEVEN PARKING SERVICES, INC. and SEVEN-ONE-SEVEN PARKING MANAGEMENT SERVICES, INC.,

Defendants.

_______________________________________/

**CONSENT TO JOIN COLLECTIVE ACTION**

1. I, Edward Sherotski, consent and agree to pursue my claims for unpaid minimum wages against SEVEN-ONE-SEVEN PARKING SERVICES, INC. and SEVEN-ONE-SEVEN PARKING MANAGEMENT SERVICES, INC. ("Seven One Seven") in connection with the above-referenced lawsuit.

2. I was employed by Seven One Seven from on or about June 2008 (month, year) to on or about present (month, year).
Jan. 2006 - Dec. 2006; Jan. 2007 - July 2007

3. During the above time period, I was not paid at least the federal or state minimum wage for all hours I worked for Seven One Seven.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, *et. seq.*, and I hereby consent, agree and opt-in to become a plaintiff in this lawsuit and be bound to any judgment or any settlement of this action.

5. I hereby designate Shankman, Leone & Westerman, P.A. to represent me for all purposes in this action.

6. I also designate the above-named Plaintiff as my agent to make decisions on my behalf concerning the lawsuit, including the method and manner of conducting this lawsuit, entering into settlement agreements, entering into agreements with Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) [signature] (Date Signed) 9/23/2009

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN GRACIK, on behalf of himself and others similarly situated,

Plaintiff,

v.

Case No: 8:09-cv-1935-T23-EAJ

SEVEN-ONE-SEVEN PARKING SERVICES, INC. and SEVEN-ONE-SEVEN PARKING MANAGEMENT SERVICES, INC.,

Defendants.

_______________________________/

**CONSENT TO JOIN COLLECTIVE ACTION**

1. I, Robby DeLeon, consent and agree to pursue my claims for unpaid minimum wages against SEVEN-ONE-SEVEN PARKING SERVICES, INC. and SEVEN-ONE-SEVEN PARKING MANAGEMENT SERVICES, INC. ("Seven One Seven") in connection with the above-referenced lawsuit.

2. I was employed by Seven One Seven from on or about November, 2008 (month, year) to on or about — (month, year).

3. During the above time period, I was not paid at least the federal or state minimum wage for all hours I worked for Seven One Seven.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, *et. seq.*, and I hereby consent, agree and opt-in to become a plaintiff in this lawsuit and be bound to any judgment or any settlement of this action.

5. I hereby designate Shankman, Leone & Westerman, P.A. to represent me for all purposes in this action.

6. I also designate the above-named Plaintiff as my agent to make decisions on my behalf concerning the lawsuit, including the method and manner of conducting this lawsuit, entering into settlement agreements, entering into agreements with Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) [signature] (Date Signed) 9-17-09

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN GRACIK, on behalf of himself and others similarly situated,

Plaintiff,

v. Case No: 8:09-cv-1935-T23-EAJ

SEVEN-ONE-SEVEN PARKING SERVICES, INC. and SEVEN-ONE-SEVEN PARKING MANAGEMENT SERVICES, INC.,

Defendants.

______________________________/

**CONSENT TO JOIN COLLECTIVE ACTION**

1. I, Bryan J. Machado, consent and agree to pursue my claims for unpaid minimum wages against SEVEN-ONE-SEVEN PARKING SERVICES, INC. and SEVEN-ONE-SEVEN PARKING MANAGEMENT SERVICES, INC. ("Seven One Seven") in connection with the above-referenced lawsuit.

2. I was employed by Seven One Seven from on or about October, 2008 (month, year) to on or about October, 2009 (month, year).

3. During the above time period, I was not paid at least the federal or state minimum wage for all hours I worked for Seven One Seven.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, *et. seq.*, and I hereby consent, agree and opt-in to become a plaintiff in this lawsuit and be bound to any judgment or any settlement of this action.

5. I hereby designate Shankman, Leone & Westerman, P.A. to represent me for all purposes in this action.

6. I also designate the above-named Plaintiff as my agent to make decisions on my behalf concerning the lawsuit, including the method and manner of conducting this lawsuit, entering into settlement agreements, entering into agreements with Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) [signature] (Date Signed) 10/01/09

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN GRACIK, on behalf of himself and others similarly situated,

Plaintiff,

v. Case No: 8:09-cv-1935-T23-EAJ

SEVEN-ONE-SEVEN PARKING SERVICES, INC. and SEVEN-ONE-SEVEN PARKING MANAGEMENT SERVICES, INC.,

Defendants.

_______________________________/

**CONSENT TO JOIN COLLECTIVE ACTION**

1. I, Christopher J. Colombaro consent and agree to pursue my claims for unpaid minimum wages against SEVEN-ONE-SEVEN PARKING SERVICES, INC. and SEVEN-ONE-SEVEN PARKING MANAGEMENT SERVICES, INC. ("Seven One Seven") in connection with the above-referenced lawsuit.

2. I was employed by Seven One Seven from on or about August, 2009 (month, year) to on or about October, 2009 (month, year).

3. During the above time period, I was not paid at least the federal or state minimum wage for all hours I worked for Seven One Seven.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, *et. seq.*, and I hereby consent, agree and opt-in to become a plaintiff in this lawsuit and be bound to any judgment or any settlement of this action.

5. I hereby designate Shankman, Leone & Westerman, P.A. to represent me for all purposes in this action.

6. I also designate the above-named Plaintiff as my agent to make decisions on my behalf concerning the lawsuit, including the method and manner of conducting this lawsuit, entering into settlement agreements, entering into agreements with Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) [signature] (Date Signed) 10/1/09

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN GRACIK, on behalf of himself and others similarly situated,

Plaintiff,

v. Case No: 8:09-cv-1935-T23-EDJ

SEVEN-ONE-SEVEN PARKING SERVICES, INC. and SEVEN-ONE-SEVEN PARKING MANAGEMENT SERVICES, INC.,

Defendants.
______________________________/

## CONSENT TO JOIN COLLECTIVE ACTION

1. I, Andrew Caddell, consent and agree to pursue my claims for unpaid minimum wages against SEVEN-ONE-SEVEN PARKING SERVICES, INC. and SEVEN-ONE-SEVEN PARKING MANAGEMENT SERVICES, INC. ("Seven One Seven") in connection with the above-referenced lawsuit.

2. I was employed by Seven One Seven from on or about February 2009 (month, year) to on or about present (month, year).

3. During the above time period, I was not paid at least the federal or state minimum wage for all hours I worked for Seven One Seven.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, *et. seq.*, and I hereby consent, agree and opt-in to become a plaintiff in this lawsuit and be bound to any judgment or any settlement of this action.

5. I hereby designate Shankman, Leone & Westerman, P.A. to represent me for all purposes in this action.

6. I also designate the above-named Plaintiff as my agent to make decisions on my behalf concerning the lawsuit, including the method and manner of conducting this lawsuit, entering into settlement agreements, entering into agreements with Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) [signature] (Date Signed) 9/25/09

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN GRACIK, on behalf of himself and others similarly situated,

Plaintiff,

v. Case No: 8:09-cv-1935-T23-EAJ

SEVEN-ONE-SEVEN PARKING SERVICES, INC. and SEVEN-ONE-SEVEN PARKING MANAGEMENT SERVICES, INC.,

Defendants.
_______________________________/

## CONSENT TO JOIN COLLECTIVE ACTION

1. I, Daran Hightower, consent and agree to pursue my claims for unpaid minimum wages against SEVEN-ONE-SEVEN PARKING SERVICES, INC. and SEVEN-ONE-SEVEN PARKING MANAGEMENT SERVICES, INC. ("Seven One Seven") in connection with the above-referenced lawsuit.

2. I was employed by Seven One Seven from on or about June of 09 (month, year) to on or about Sept. 09 (month, year).

3. During the above time period, I was not paid at least the federal or state minimum wage for all hours I worked for Seven One Seven.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, *et. seq.*, and I hereby consent, agree and opt-in to become a plaintiff in this lawsuit and be bound to any judgment or any settlement of this action.

5. I hereby designate Shankman, Leone & Westerman, P.A. to represent me for all purposes in this action.

6. I also designate the above-named Plaintiff as my agent to make decisions on my behalf concerning the lawsuit, including the method and manner of conducting this lawsuit, entering into settlement agreements, entering into agreements with Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) Daran Hightower (Date Signed) 9/17/09